**Order entered February 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00854-CR

### DETRA PHILLIPS WEBSTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-60721-Q**

## ORDER

The Court **REINSTATES** the appeals.

On January 8, 2014, we ordered the trial court to make findings of fact regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant is indigent and entitled to proceed without payment for the record; (2) appellant's court-appointed counsel Bruce Anton timely requested the record; (3) Marissa Garza is the court reporter who recorded the proceedings; (4) Ms. Garza's explanation for the delay in filing the record is her workload; and (5) Ms. Garza requested until February 18, 2014 to file the reporter's record.

We **ORDER** Marissa Garza, official court reporter of the 204th Judicial District Court, to file the reporter's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marissa Garza, official court reporter, 204th Judicial District Court, and to counsel for all parties.

/s/      LANA MYERS
           JUSTICE